UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CLAUDIO PEIXOTO NUNES,　　　　　　　　Case No.: 20-10374-AJC
　　　　　　　　　　　　　　　　　　　　Chapter: 7
　　　　Debtor.
_____/

**THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN
INTEREST TO JP MORGAN CHASE BANK, N.A. AS
TRUSTEE'S MOTION FOR RELIEF FROM AUTOMATIC
STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE**
The Meeting of Creditors is scheduled for February 18, 2020

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Claudio Peixoto Nunes (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

　　　1.　　Debtor's Bankruptcy Case.  On January 13, 2020, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

　　　2.　　Jurisdiction.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

　　　3.　　Right to Foreclose.  Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

4.    Collateral.  Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 1951 Southeast Coffee St., Miami, Florida 33133-3210 *which may also be known as 1951 Secoffee St, Miami, Florida 33133-3210* and further described as follows:

LOT 4, BLOCK "E," OF BISCAYNE PARK TERRACE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 36, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, LESS AND EXCEPT THE SOUTH 0.5 FEET OF LOT 4, BLOCK "E."

5.    Secured Creditor's Claim.  Secured Creditor is owed an outstanding principal balance of $1,370,765.90, plus applicable interest, penalties, fees and costs and is due for the May 1, 2012 payment and all subsequent payments due thereafter.

6.    Foreclosure Proceedings.  As a result of the Debtor's failure to make the monthly payments due under the note and mortgage, Secured Creditor commenced a foreclosure action against the Debtor in the case captioned THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 vs. Claudio Nunes, et al., Case No. 2017-002888-CA-01, in the 11th Judicial Circuit, in and for Miami-Dade County, Florida.  On May 01, 2018, a Consent Final Judgment of foreclosure was entered in the amount of $2,100,897.76.  A copy of the Consent Final Judgment is attached hereto as **Exhibit A**.   A copy of the Foreclosure Docket is attached as **Exhibit B.**

7.    Relief Requested.  Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its in rem remedies against the Property pursuant to the Final Judgment.  The requested relief should be granted for the following reasons:

- Secured Creditor's interest is not being adequately protected as the Final Judgment has not been satisfied.

- The Debtor has no equity in the Property, as evidenced by the County Appraiser's value, which lists the value of the Property at $1,681.856.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Final Judgment. A copy of the valuation is attached as **Exhibit C.**

- The Property has not been claimed exempt by the Debtor. The property has not been abandoned by the Trustee;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

- Property taxes continue to accrue.

8. <u>Request for Attorney's Fees and Costs</u>. Secured Creditor requests attorney's fees in the amount of $750.00 and costs of $181.00, as a result of filing the instant motion.

9. <u>Request for Hearing in 30 Days</u>. In the event a timely objection is filed in response to the instant motion, Secured Creditor requests that a hearing be held within thirty (30) days.

10. <u>Request for Waiver of 14-Day Stay of Relief</u>. Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(3), be waived.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper.

                                McCalla Raymer Leibert Pierce, LLC

By:    */s/ Melbalynn Fisher*
          Melbalynn Fisher
          Florida Bar No. 107698
          Attorney for Creditor
          110 S.E. 6th Street, Suite 2400
          Ft. Lauderdale, FL 33301
          Phone: 954-526-5846
          Fax: 954-526-5846
          Email: melbalynn.fisher@mccalla.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2020, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Claudio Peixoto Nunes, 1951 Secoffee Street, Miami, FL 33133; and those parties receiving CM/ECF service

- Andres Montejo    amontejo@andresmontejolaw.com, bkmontejo@gmail.com;tami@andresmontejolaw.com;R51007@notify.bestcase.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Maria Yip    trustee@yipcpa.com, mmy@trustesolutions.net
- Melbalynn Fisher - melbalynn.fisher@mccalla.com
- Kenia Molina -Kenia.Molina@mccalla.com

By:    */s/ Melbalynn Fisher*
       Melbalynn Fisher